1  JERRY S. BUSBY
   Nevada Bar #001107
2  COOPER LEVENSON APRIL
      NIEDELMAN & WAGENHEIM, P.A.
3  6060 Elton Avenue – Suite A
   Las Vegas, Nevada  89107
4  (702) 366-1125
   FAX:  (702) 366-1857
5
6  Attorneys for Defendant
   SMITH'S FOOD & DRUG CENTERS, INC.
7

8             UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
9

10 CORAL MCGARVEY,

11          Plaintiff(s),                STIPULATION FOR
                                         **DISMISSAL WITH PREJUDICE**
12 vs.
                                         CASE NO. 2:10-cv-01268-JCM-LRL
13 SMITH'S FOOD DRUG CENTERS, INC.,

14          Defendant(s).

15

16     IT IS HEREBY STIPULATED AND AGREED by and between ERIC J. WILLOUGHBY,

17 ESQ., of the law firm HENNESS & HAIGHT, Attorneys for Plaintiff CORAL MCGARVEY, and

18 JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON APRIL NIEDELMAN &

19 WAGENHEIM, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC.,

20 that:

21     1.     Plaintiff CORAL MCGARVEY'S claims herein against Defendant SMITH'S FOOD &

22 DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's

23 fees and costs; and

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

2. That the trial date of September 19, 2011 be vacated.

DATED this 29th day of July, 2011.

| HENNESS & HAIGHT | COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. |
|---|---|
| *Erin Willoughby* 7/8/11 | *Corey Meehan #10511* |
| ERIC J. WILLOUGHBY, ESQ. | for JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 010277 | Nevada Bar No. 001107 |
| 8972 Spanish Ridge Avenue | 6060 Elton Avenue – Suite A |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89107 |
| (702) 862-8200 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| CORAL MCGARVEY | SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

*James C. Mahan*
UNITED STATES DISTRICT JUDGE
DATED: August 8, 2011

2